# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RSDC HOLDINGS, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**M.G. Mayer Yacht Services, Inc.,**<br><br>Defendant. | **Civil Action No.:**<br><br>**COMPLAINT** |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes RSDC Holdings, LLC, who files this Complaint by respectfully suggesting the following to this Honorable Court:

### INTRODUCTION

1. RSDC Holdings seeks a judgment that its vessel, the Tuna Taxi, is not subject to two liens totaling more than $35,000.00 that M.G. Mayer Yacht Services wrongfully filed with the U.S. Coast Guard's National Vessel Documentation Center.

### JURISDICTION

2. Jurisdiction is based upon 28 U.S.C. sec. 1333, Admiralty and 28 U.S.C. sec. 1331, Federal Question, particularly 46 U.S.C. sec. 31343. This is an admiralty or maritime claim within the meaning of Federal Rule of Civil Procedure 9 (h).

### PARTIES

3. Plaintiff, RSDC Holdings, LLC, is a limited liability company organized under the laws of the State of Louisiana and registered in East Baton Rouge Parish. The company's sole member is Donald Joe Calloway, a resident of Ascension Parish and citizen of Louisiana.

4.  Defendant, M.G. Mayer Yacht Services, Inc. is a Louisiana corporation with its principal place of business in Orleans Parish.

## FACTUAL CONTENTIONS

5.  RSDC Holdings is the owner of the Tuna Taxi, U.S. Coast Guard Official Number 1040256.

6.  In 2013, as part of an extra-judicial foreclosure, current RSDC Holdings member Donald Calloway and his business associate Richard Sanderson travelled to Laguna Beach, California where former owner Ron Steinberg voluntarily surrendered the Tuna Taxi. In order to transport the Tuna Taxi to Louisiana, the bridge of the vessel was removed.

7.  Upon arriving in Louisiana, Mr. Calloway and Mr. Sanderson brought the Tuna Taxi to M.G. Mayer Yacht Services in New Orleans and approached Michael Mayer about having the bridge reassembled. Mr. Mayer quoted a price and Donald Calloway paid this amount to M.G. Mayer Yacht Services.

8.  Besides reassembling the Tuna Taxi, no other work was authorized or requested by RSDC Holdings.

9.  After performing the requested work, M.G. Mayer Yacht Services released the Tuna Taxi to Donald Calloway.

10. M.G. Mayer Yacht Services warranted to RSDC Holdings that the authorized repair work was completed free and clear of any liens or encumbrances.

11. Remarkably, M.G. Mayer Yacht Services filed a lien with the National Vessel Documentation Center of the U.S. Coast Guard dated March 18, 2013, marked as Batch No. 10100600 Document No. 24, in the amount of $31,805.75. A copy of this lien is attached hereto as **Exhibit A**.

12. What is more, M.G. Mayer Yacht Services filed a second lien with the National Vessel Documentation Center of the U.S. Coast Guard dated August 5, 2013, marked as Batch No. 13596400 Document No. 57, in the amount of $4,588.60. A copy of this lien is attached hereto as **Exhibit B**.

13. The truth is that M.G. Mayer Yacht Services did not perform any of the repairs alleged to be performed within the liens. Moreover, neither RSDC Holdings nor any other person authorized to act for or on behalf of RSDC Holdings or for the Tuna Taxi requested or authorized the alleged work referenced within the liens.

14. The false liens have put a cloud on the title of the Tuna Taxi and impairs the use and marketability of the Tuna Taxi.

15. RSDC Holdings has demanded that M.G. Mayer Yacht Services cancel the liens but M.G. Mayer Yacht Services continues to refuse to release the liens from the Tuna Taxi.

## **PRAYER FOR RELIEF**

WHEREFORE, RSDC Holdings, LLC prays that this Honorable Court declare and award as follows:

A. Declare that the Tuna Taxi is not subject to any liens whatsoever is favor of M.G. Mayer Yacht Services, Inc., in particular those liens filed with the National Vessel Documentation Center of the U.S. Coast Guard referenced above and attached hereto as exhibits A and B.

B. Award to RSDC HOLDINGS, LLC costs and attorney fees under 46 U.S.C. sec. 31343, including without limitation all costs incurred by RSDC Holdings for surety bonds to serve as substitute security for any lien claims asserted by of M.G. Mayer Yacht Services, Inc.

C.  Enter such other and further equitable relief as the Court deems reasonable and just under the circumstances.

DATED: April 21, 2016

                                            RESPECTFULLY SUBMITTED,

                                    /s/ Nicholas M. Graphia_____
Nicholas M. Graphia, No. 33159
Law Office of Nicholas M. Graphia, LLC
301 Main Street, Ste. 2200
Baton Rouge, LA 70806
Tel: (225) 366-8618
Fax: (888) 909-6892
ngraphia@nmglegal.com
*ATTORNEY FOR PLAINTIFF*